**IN RE: Marcus DEHLIN, Stora Enso AB, Appellants**

**2017-1000**

United States Court of Appeals, Federal Circuit.

November 14, 2017

PAUL JUETTNER, Greer, Burns & Crain, Ltd., Chicago, IL, argued for appellants. Also represented by PATRICK J. SMITH.

MONICA BARNES LATEEF, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, MOLLY R. SILFEN, COKE MORGAN STEWART.

(Taranto, Clevenger, and Stoll, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**